**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyrek D. SCALE, Petitioner**

No. 443 EAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jerome WILLIAMS, Petitioner**

No. 367 EAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**KENNEDY HOUSE, INC.**

v.

**PHILADELPHIA COMMISSION ON HUMAN RELATIONS**

**Petition of: Jan Rubin**

No. 353 EAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW,** this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**